**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                   Case No. <u>08-01860 SEK</u>

<u>RIVERA SERRANO, MARIA DE LOS ANGELES</u>                        Chapter <u>13</u>
                              Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____          ☑ AMENDED PLAN DATED: <u>12/15/2008</u>
☐ PRE ☐ POST-CONFIRMATION                   Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 575.00 | x | 12 | = $ | 6,900.00 |
| $ | 675.00 | x | 12 | = $ | 8,100.00 |
| $ | 760.00 | x | 36 | = $ | 27,360.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

TOTAL: $ <u>42,360.00</u>

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other: _____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ <u>42,360.00</u>

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **ASOC. COND. COND** Cr. **R-G MORTGAGE** Cr. _____
# **157-05B**           # **1239308**           # _____
$      **14,278.14**    $      **17,192.50**    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
**ASOC. COND. COND     R-G MORTGAGE**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ <u>2,770.00</u>

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Signed: _____
         Debtor

         _____
         Joint Debtor

Attorney for Debtor <u>Marilyn Valdes Ortega Law Offices</u>          Phone: <u>(787) 758-4400</u>

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE RIVERA SERRANO, MARIA DE LOS ANGELES     Case No. 08-01860 SEK
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED CREDITOR.**

**EQUAL MONTHLY PAYMENT TO ASOC. DE CONDOMINES CONDOMINIO BRISAS DE MONTEFLORES AFTER CONFIRMATION $317.00 MONTHLY TO BE PAID BY THE TRUSTEE, MONTHS (7-50)**

**EQUAL MONTHLY PAYMENT TO RG MORTGAGE AFTER CONFIRMATION OF $200.00 MONTHS (7-50)**

**RG MORTGAGE: PO BOX 362394 SAN JUAN PR 00936-2394**

**ASOC. DE CONDOMINES CONDOMINIO BRISAS DE MONTEFLORES : C/O PREFERRED HOME SERVICES, INC. PO BOX 4069 BAYAMON PR 00958-1069**

**PLAN 100% PLUS 6% INT. PER ANNUM**

**TRUSTEE TO RETAIN JURISDICTION OVER COMPLAINT AGAINST COOPARATIVA A/C GUAYNABO.**

© 1993-2008 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

MARIA DE LOS ANGELES RIVERA SERRANO

DEBTOR(S)

CASE NUMBER: 08-01860 SEK

CHAPTER 13 ( ASSET CASE)

**DEBTOR'S MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE**

**THE HONORABLE COURT:**

**COMES NOW,** Debtor (s) through the undersigned attorney and respectfully ALLEGES and PRAYS:

1. That debtor (s) filed and circulated a MODIFIED PLAN to all parties in interest.

2. That the modification is based in that the Debtor (s) wants to amend their plan in order to:

    **a. To comply with Creditor's best interest test [§1325 (a)(4)].**

3. Debtor (s) amend plan call for twelve (12) payments of $575.00, twelve (12) payments of $675.00 and thirty six (36) payments of $760.00 for a total base of $42,360.00 dollars with a provision for the payment of arrears to Asoc. Cond. Brisas de Monte Flores and to RG Mortgage and the payment in full plu 6% interest to unsecured creditors. The payments of priorities to Hacienda and Surrender savings to Caribe Federal Credit Union.

4. Debtor (s) are still is interested in continuing with the bankruptcy procedures and proof if the amendment of the plan in order to comply with the disbursement schedules. To pay Secured creditor Toyota Credit as per oral agreement.

MARIA DE LOS ANGELES RIVERA SERRANO
CASE NO.; 08-01860 SEK
Page 2
DEBTOR'S MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE

**WHEREFORE,** Debtor (s) respectfully request from this Honorable Court to accept this motion and grant debtor (s) the opportunity to modify the confirmed plan according to 11 US 1329 and provide any other remedy it may deem appropriate.

### NOTICE

"Parties in interest are notified the have twenty (20) days to reject a proposed modification of a plan and request a hearing. If no opposition is filed within the prescribed period of time, the Court will enter and order granting the motion upon the filing of a certificated of service by the movant that adequate notice was given. Should and apposition be timely filed. The Court will schedule the motion for a hearing as a contested matter. Absent good cause, untimely rejections shall be denied".

In San Juan, Puerto Rico, this 16th, day of December, 2008.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.,** US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

**/s/ Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 08-01860 SEK |
|---|---|
| MARIA DE LOS ANGELES RIVERA SERRANO | CHAPTER 13 (ASSET CASE) |
| Debtor(s) | |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **AMENDED PLAN DATED 12/15/2008**.

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 16TH, day of December, 2008.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED**

/S/MARILYN VALDES ORTEGA
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144

```
Label Matrix for local noticing          R&G MORTGAGE CORPORATION              US Bankruptcy Court District of P.R.
0104-3                                   CARDONA JIMENEZ LAW OFFICE            U.S. Post Office and Courthouse Building
Case 08-01860-SEK13                      PO BOX 9023593                        300 Recinto Sur Street, Room 109
District of Puerto Rico                  SAN JUAN, PR 00902-3593               San Juan, PR 00901-1964
Old San Juan
Tue Nov 25 09:06:15 AST 2008

ASOC. COND. COND. BRISAS DE M. FLORES    ASOC. COND. COND. BRISAS DE MONTE FLORES    COOP A/C DE GUAYNABO
C/O PREFERRED HOME SERVICES, INC.        PREFERRED HOME SERVICES, INC.               CARRAZO # 66 BOX-1299
PO BOX 4069                              PO BOX 4069, BAYAMON                        GUAYNABO, PR 00969-5635
BAYAMON, PR 00958-1069                   PR 00958-1069


DEPARTAMENTO DE HACIENDA                 DEPARTAMENTO DEL TRABAJO              Department of Treasury
PO BOX 9024140                           AVE. MUÑOZ RIVERA 505                 Bankruptcy Section (424-B)
OFICINA 424 B                            HATO REY, PR 00918-3352               PO Box 9024140
SAN JUAN, PR 00902-4140                                                        San Juan, PR 00902-4140


FEDERAL LITIGATION DEPT OF JUSTICE       FIRST PREMIER BANK                    PR TELEPHONE CO
PO BOX 9020192                           PO BOX 5519                           PO BOX 70239
SAN JUAN, PR 00902-0192                  SIOUX FALLS, SD 57117-5519            SAN JUAN, PR 00936-8239


R-G MORTGAGE                             JOSE RAMON CARRION MORALES            MARIA DE LOS ANGELES RIVERA SERRANO
P.O. BOX 362394                          PO BOX 9023884                        2005 CALLE SAGRADO CORAZON APT 5 B
SAN JUAN, PR 00936-2394                  SAN JUAN, PR 00902-3884               CONDOMINIO BRISAS DEL MONTE
                                                                               SAN JUAN, PR 00915-3310


MARILYN VALDES ORTEGA                    MONSITA LECAROZ ARRIBAS
VALDES-ORTEGA                            OFFICE OF THE US TRUSTEE (UST)
P O BOX 195596                           OCHOA BUILDING
SAN JUAN, PR 00919-5596                  500 TANCA STREET SUITE 301
                                         SAN JUAN, PR 00901-1938



           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)R&G MORTGAGE CORPORATION              (u)RIVERA SERRANO, MARIA DE LOS ANGELES    End of Label Matrix
CARDONA-JIMENEZ LAW OFFICE               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                                Mailable recipients   16
PO BOX 9023593                                                                      Bypassed recipients    2
SAN JUAN, PR 00902-3593                                                             Total                 18
```